1  Harmeet K. Dhillon (CA Bar#: 207872) *Pro Hac Vice*
   Email: Harmeet@dhillonlaw.com
2  Ravdeep S. Grewal(CA Bar#: 308447) *Pro Hac Vice*
   Email: Rgrewal@dhillonlaw.com
3  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
4  San Francisco, California 94108
5  Tel: (415) 433-1700
   Fax: (415) 520-6593
6
7  Paul S. Padda, Esq. (NV Bar#: 10417)
   Email:psp@paulpaddalaw.com
8  PAUL PADDA LAW, PLLC
   4240 West Flamingo Rd. Suite 220
9  Las Vegas, Nevada 89103
10 Tel: (702) 366-1888
   Fax: (702) 366-1940
11 Web: www.paulpaddalaw.com
12
   Attorneys for Plaintiff Beta Soft Systems, Inc.
13 d/b/a US It Solutions, Inc.
14 Melissa Ingleby, Esq.
   Nevada Bar No. 12935
15 LEAH MARTIN LAW
16 6671 S. Las Vegas Blvd., Ste. 210
   Las Vegas, Nevada 89119
17 Tel: (702) 420-2733
   Fax: (702) 330-3225
18 mingleby@leahmartinlv.com
19
   Attorneys for Defendants The Yosemite Group, LLC
20 Terrance Williams, and Angela Williams
21
22                 **UNITED STATES DISTRICT COURT**
23                  **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 24  BETA SOFT SYSTEMS, INC. a California | Case No: 2:16-cv-01748-GMN-VCF |
| 25  corporation d/b/a US IT SOLUTIONS, INC., | |
| 26            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FILE SURREPLY** |
| 27        v. | |
| 28 | |

1

| | |
|---|---|
| 1 | THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual. |
| 2 | |
| 3 | |
| 4 | Defendants. |

Pursuant to Local Rules IA6-2, and 7-1, and this Court's Standing Orders, the Parties hereby set forth the following Stipulation and [Proposed] Order to Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, Docket 12.

On September 23, 2016, Defendants Terrence and Angela Williams ("Defendants") filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment, Docket 12 (the "Motion"). On October 10, 2016, Plaintiff Beta Soft Systems, Inc. d/b/a US IT Solutions, Inc., ("Beta Soft") responded to the Motion, Docket 18 (the "Response"). On October 20, 2016, Defendants replied to the response, Docket 19 (the "Reply"). Defendants' Reply included a "Supplemental Statement of Undisputed Material Facts."

The Parties have discussed and agreed to stipulate to allowing Beta Soft to file a Surreply to address the facts outlined in the Supplement Statement of Undisputed Material Facts portion of the Reply. The Surreply is attached to this stipulation as "Exhibit A."

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: November 14, 2016   16

**ORDER**

It is so ordered.

Dated this __17__ day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

DHILLON LAW GROUP INC.

By: _____
Ravdeep S. Grewal, Esq. (CA SBN: 308447)
*Pro Hac Vice*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Email: rgrewal@dhillonlaw.com

Attorney for Plaintiff

2

| | | |
|---|---|---|
| 1 | Date: November 14, 2016 | LEAH MARTIN LAW |
| 2 | | |
| 3 | | |
| 4 | | By: *(signature)* |
| 5 | | |
| 6 | | Melissa Ingleby, Esq. |
| 7 | | Nevada Bar No. 12935 |
| | | LEAH MARTIN LAW |
| 8 | | 6671 S. Las Vegas Blvd., Ste. 210 |
| 9 | | Las Vegas, Nevada 89119 |
| | | Tel: (702) 420-2733 |
| 10 | | Fax: (702) 330-3225 |
| | | mingleby@leahmartinlv.com |

3

Stipluation and [Proposed] Order to File Surreply         Case No. 2:16-cv-01748-GMN-VCF