# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BETA SOFT SYSTEMS, INC. d/b/a US IT SOLUTIONS, INC.,

        Plaintiff,

vs.

THE YOSEMITE GROUP, LLC, *et al.*,

        Defendants.

2:16-cv-01748-GMN-VCF

**ORDER**

    Before the Court is the Stipulation and Order to Extend Case Deadlines (ECF NO. 28).

    IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to Extend Case Deadlines (ECF NO. 28) is scheduled for 11:00 AM, April 10, 2017, in Courtroom 3D.

    DATED this 24th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE