**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BETA SOFT SYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> THE YOSEMITE GROUP, LLC, *et al.*, <br><br> Defendants. | 2:16-cv-01748-GMN-VCF <br> **ORDER** |

Before the Court is the Motion to Appear Telephonically (ECF No. 30). Plaintiff's counsel, Ravdeep S. Grewal, Esq., has given good case to appear telephonically.

Accordingly,

IT IS HEREBY ORDERED that Motion to Appear Telephonically (ECF No. 30) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 4th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE