# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BETA SOFT SYSTEMS, INC. d/b/a US IT SOLUTIONS, INC., | |
| Plaintiff, | 2:16-cv-01748-GMN-VCF |
| vs. | **ORDER** |
| THE YOSEMITE GROUP, LLC, TERRANCE WILLIAMS, ANGELA WILLIAMS, | |
| Defendants. | |

Before the Court is the Amended Stipulation and Order to Extend Case Deadlines (ECF No. 33).

IT IS HEREBY ORDERED that a hearing on the Amended Stipulation and Order to Extend Case Deadlines (ECF No. 33) is scheduled for 1:30 PM, May 24, 2017, in Courtroom 3D.

DATED this 18th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE