# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BETA SOFT SYSTEMS, INC.,

        Plaintiff,

vs.

THE YOSEMITE GROUP, LLC, *et al.*,

        Defendants.

2:16-cv-01748-GMN-VCF

**ORDER**

Before the Court is the Motion to Appear Telephonically for Hearing (ECF No. 35).

IT IS HEREBY ORDERED that the Motion to Appear Telephonically for Hearing (ECF No. 35) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 19th day of May, 2017.

                                            _____
                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE