# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BETA SOFT SYSTEMS, INC., a California corporation d/b/a US IT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br> THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual, <br><br> Defendants. | 2:16-cv-01748-GMN-VCF <br> **ORDER** |

Before the Court is the Motion to Withdraw as Counsel for Defendants the Yosemite Group, LLC, Terrance Williams, and Angela Williams (ECF No. 48).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel for Defendants the Yosemite Group, LLC, Terrance Williams, and Angela Williams (ECF No. 48) is scheduled for 1:00 PM, October 11, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Terrance Williams and Angela Williams must be present at the hearing.

DATED this 27th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE