Harmeet K. Dhillon, Esq. (CA Bar#: 207872) *Pro Hac Vice*
Ravdeep S. Grewal, Esq. (CA Bar#: 308447) *Pro Hac Vice*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Tel: (415) 433-1700
Fax: (415) 520-6593
Email: Harmeet@dhillonlaw.com
Email: Rgrewal@dhillonlaw.com

Paul S. Padda, Esq. (NV Bar#: 10417)
PAUL PADDA LAW, PLLC
4240 West Flamingo Rd. Suite 220
Las Vegas, Nevada 89103
Tel: (702) 366-1888
Fax: (702) 366-1940
Web: www.paulpaddalaw.com
Email: psp@paulpaddalaw.com

Attorneys for Plaintiff Beta Soft Systems, Inc.
d/b/a US It Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BETA SOFT SYSTEMS, INC. a California corporation d/b/a US IT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual. <br><br> Defendants. | Case No: 2:16-cv-01748-GMN-VCF <br><br> **MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – OCTOBER 11, 2017 – 1:00 PM** |

Plaintiff Beta Soft Systems, Inc. d/b/a US IT Solutions, Inc. ("Plaintiff" or "Beta Soft"), by counsel, hereby moves for leave to appear telephonically for the hearing on Defendant's Motion to Withdraw as Counsel for Defendants The Yosemite Group LLC, Terrance Williams,

1

Plaintiff's Motion to Appear Telephonically　　　　　　　　　　　　　Case No. 2:16-cv-01748-GMN-VCF

and Angela Williams, currently schedule for October 11, 2017 at 1:00 p.m. Undersigned counsel is located in San Francisco, California and respectfully requests leave to appear telephonically for the hearing is not expected to be lengthy nor would it prejudice any party in any way, should Plaintiff's counsel not be physically present.

Plaintiff's counsel reached out to Defendant's counsel asking if they objected to our request for a telephonic appearance, but Defendant's counsel failed to respond.

RESPECTFULLY SUBMITTED this 4th day of October, 2017

                DHILLON LAW GROUP INC.


By:  /s/Ravdeep S. Grewal_____
      Harmeet K. Dhillon (CA Bar#: 207873)
      *Pro Hac Vice*
      Ravdeep S. Grewal (CA Bar#: 308447)
      *Pro Hac Vice*
      DHILLON LAW GROUP INC.
      177 Post Street, Suite 700
      San Francisco, CA 94108
      Telephone: 415-433-1700
      Email: harmeet@dhillonlaw.com

      Attorneys for Plaintiff Beta Soft Systems

2

Plaintiff's Motion to Appear Telephonically         Case No. 2:16-cv-01748-GMN-VCF

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, I served a copy of the foregoing **PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – OCTOBER 11, 2017 – 1:00 p.m.** via electronic mail through the United States District Court's CM/ECF system to the following at their last known address and email:

Leah Martin, Esq.
Melissa Ingleby, Esq.
LEAH MARTIN LAW
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
lmartin@leahmartinlv.com
mingleby@leahmartinlv.com

                                            /s/Ravdeep S. Grewal
                                              Ravdeep S. Grewal, Esq.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BETA SOFT SYSTEMS, INC. a California corporation d/b/a US IT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual. <br><br> Defendants. | Case No: 2:16-cv-01748-GMN-VCF <br><br> **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – OCTOBER 11, 2017 – 1:00 p.m.** |

Before the Court is the Motion to Appear Telephonically. Plaintiff's counsel, Ravdeep S. Grewal, Esq., has given good case to appear telephonically.

Accordingly,

IT IS HEREBY ORDERED that Motion to Appear Telephonically is GRANTED. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Dated this  6th of day of October, 2017.

———————————————
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE