Harmeet K. Dhillon, Esq. (CA Bar#: 207872) *Pro Hac Vice*
Ravdeep S. Grewal, Esq. (CA Bar#: 308447) *Pro Hac Vice*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Tel: (415) 433-1700
Fax: (415) 520-6593
Email: Harmeet@dhillonlaw.com
Email: Rgrewal@dhillonlaw.com

Paul S. Padda, Esq. (NV Bar#: 10417)
PAUL PADDA LAW, PLLC
4240 West Flamingo Rd. Suite 220
Las Vegas, Nevada 89103
Tel: (702) 366-1888
Fax: (702) 366-1940
Web: www.paulpaddalaw.com
Email: psp@paulpaddalaw.com

Attorneys for Plaintiff Beta Soft Systems, Inc.
d/b/a US It Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BETA SOFT SYSTEMS, INC. a California corporation d/b/a US IT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual. <br><br> Defendants. | Case No: 2:16-cv-01748-GMN-VCF <br><br> **MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – NOVEMBER 20, 2017 – 10:00 A.M.** |

Plaintiff Beta Soft Systems, Inc. d/b/a US IT Solutions, Inc. ("Plaintiff" or "Beta Soft"), by counsel, hereby moves for leave to appear telephonically for the hearing currently schedule for November 20, 2017 at 10:00 a.m. Undersigned counsel is located in San Francisco,

1

California and respectfully requests leave to appear telephonically for the hearing is not expected to be lengthy nor would it prejudice any party in any way, should Plaintiff's counsel not be physically present.

RESPECTFULLY SUBMITTED this 16th day of November, 2017

                          DHILLON LAW GROUP INC.

By:   /s/Ravdeep S. Grewal_____
       Harmeet K. Dhillon (CA Bar#: 207873)
       *Pro Hac Vice*
       Ravdeep S. Grewal (CA Bar#: 308447)
       *Pro Hac Vice*
       DHILLON LAW GROUP INC.
       177 Post Street, Suite 700
       San Francisco, CA 94108
       Telephone: 415-433-1700
       Email: harmeet@dhillonlaw.com

       Attorneys for Plaintiff Beta Soft Systems

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BETA SOFT SYSTEMS, INC. a California corporation d/b/a US IT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE YOSEMITE GROUP, LLC, a Wyoming company, TERRANCE WILLIAMS, an individual, ANGELA WILLIAMS, an individual. <br><br> Defendants. | Case No: 2:16-cv-01748-GMN-VCF <br><br> **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – NOVEMBER 20, 2017 – 10:00 a.m.** |

Before the Court is the Motion to Appear Telephonically. Plaintiff's counsel, Ravdeep S. Grewal, Esq., has given good case to appear telephonically.

IT IS HEREBY ORDERED that Motion to Appear Telephonically is GRANTED. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Dated this 16th of day of November, 2017.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1

[Proposed]Order Granting Motion to Appear Telephonically                Case No. 2:16-cv-01748-GMN-VCF